UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re: Michael R. Gagne<br><br>Debtor | Case: 07-10222-MWV<br><br>Chapter: 7 |

NOTICE OF APPEARANCE AND DEMAND FOR ALL NOTICES

NOW COME Richard Kardell & Lisa Kardell, by and though their attorneys, Martin, Lord & Osman, P.A., One Mill Plaza, Laconia, New Hampshire 03246, and enter this appearance.

Please take note that pursuant to Bankruptcy Rule 2002, Richard Kardell & Lisa Kardell, hereby request that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon their counsel.

Respectfully submitted,
Richard Kardell & Lisa Kardell
By Their Attorneys,
MARTIN, LORD & OSMAN

Dated: 03/13/2007

By: /s/ Margaret M. Sullivan
Margaret M. Sullivan, Esquire
One Mill Plaza
Laconia, NH 03246
(603) 524-4121
BNH 05033

CERTIFICATE OF SERVICE

I, certify that on March 13, 2007, I caused a copy of the foregoing Notice of Appearance and Demand for all Notices to be forwarded by the court's electronic notification system to Office of the US Trustee and Brian R. Barrington, Esquire.

Dated: Dated: 03/13/2007

By: /s/ Margaret M. Sullivan
Margaret M. Sullivan, Esquire