UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In re: | ) | CASE NO. 07-10222-MWV |
| | ) | CHAPTER 7 |
| Michael R. Gagne, | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR ALL NOTICES**

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES IN INTEREST:

Richard Kardell and Lisa Kardell (the "Creditors"), by and through their undersigned attorney, hereby file this Notice of Appearance pursuant to Bankruptcy Rule 9010(b), Request for Service of Papers pursuant to Bankruptcy Rules 2002 and 3017(a) and Reservation of Rights.

The Creditors hereby put the above-captioned Debtor and all other parties-in-interest on notice that it is a party-in-interest in the above-captioned case, and requests that all such parties-in-interest and their respective counsel of record provide the person specified below with copies of all notices, pleadings and other papers and filings in the above-captioned case. All such parties-in-interest and their counsel of record are requested to direct all written correspondence and service of notices, pleadings and papers as follows:

Richard Kardell and Lisa Kardell
c/o Charles R. Powell, III, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street
Manchester, NH 03101

Please take further notice that the foregoing request includes all notices, pleadings and papers referred to in the Bankruptcy Rules and, additionally, includes, without limitation, notice

of any application, complaint, demand, hearing, motion, pleadings, paper or request, formal or informal, whether conveyed by mail, telephone or otherwise.

The Creditors also request that the Clerk of the Bankruptcy Court and the Debtor place the Creditors and their address as referenced above on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

Please take further notice that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (1) the right to have final orders in noncore matters entered only after de novo review by a District Judge; (2) the right to trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case; (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved; or (5) otherwise in any way constitute the submission or consent of the Creditors to this Court's jurisdiction.

**Respectfully submitted,**

**ATTORNEYS FOR**
**RICHARD KARDELL & LISA KARDELL**

**By their attorneys**

**DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION**

Dated: September 13, 2007

By: /s/ Charles R. Powell, III
Charles R. Powell, III BNH 05507
111 Amherst Street
Manchester, New Hampshire 03101
Telephone: 603.669.1000
Facsimile: 603.669.8547
cpowell@devinemillimet.com

J:\WDOX\DOCS\CLIENTS\08001\00116\M1055485.DOC

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the date given below, he caused to be served a copy of the Notice of Appearance and Demand for All Notices upon the following person(s) via the Court's ECF system:

Victor W. Dahar, Sr., Esq.
20 Merrimack Street
Manchester, NH 03101
vdaharpa@worldnet.att.net

Office of the US Trustee
66 Hanover Street
Suite 302
Manchester, NH 03101
USTPRegion01.MR.ECF@usdoj.gov

Brian Barrington, Esq.
Coolidge, Mathieu, Barrington, Berube & Couture, PA
PO Box 271
Somersworth, NH 03787-0271
coolidgelaw@usa.net

DATED this 13th day of September 2007, at Manchester, New Hampshire.

/s/ Charles R. Powell, III
Charles R. Powell, III, Esq.

J:\WDOX\DOCS\CLIENTS\08001\00116\M1055485.DOC